L. Quintana, Esq. (SBN 157291)
Quintana McConnin & Sarte LLP
450 B Street Suite 1430
San Diego, CA 92101
Telephone: 619.231.6655
Facsimile: 619.243.0080

Todd C. Atkins, Esq. (SBN 208879)
Atkins & Davidson, APC
450 B Street Suite 1430
San Diego, CA 92101
Telephone: 619.255.2380
Facsimile: 619.231.4725

Attorneys for Plaintiff
Petra Pelayo

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Petra Pelayo, Plaintiff,<br><br>v.<br><br>Home Capital funding; Your Money Store; EMC Capital Mortgage Corporation; and all other claimants of whatsoever kind and character against real property commonly known as 2721 Wardlow Avenue, San Diego, CA 92154 APN 637-182-31-00; and DOES 1 through 100 inclusive,<br>Defendants. | Case No.: 08 CV 2030 IEG (POR)<br><br>The Honorable Irma E. Gonzalez<br><br>**EX PARTE REQUEST FOR ORDER TO SERVE DEFENDANT HOME CAPITAL FUNDING THROUGH THE CALIFORNIA SECRETARY OF STATE; DECLARATION OF MIKEL L. CLARK** |
|---|---|

Plaintiff Petra Pelayo hereby requests this Court for an Order authorizing service of Defendant Home Capital Funding ("HCF") through the California Secretary of State.

Plaintiff has made diligent efforts to serve HCF at its place of business and through its authorized agent for service of process. HCF previously advertised a principal place of business at 3111 Camino Del Rio North, Suite 400. HCF also designated an agent for service of process in California at the address: 3131 Camino Del Rio North, Suite 310. See California Business Portal printout attached as Exhibit B to the attached Declaration of Mikel L. Clark reflecting both addresses.

Copyright 2008 QMSLaw All Rights Reserved

Plaintiff engaged process server Diversified Legal Services ("DLS") to serve HCF. DLS made numerous attempts to serve HCF at its office and through its registered agent and then, at Plaintiff's request, performed a skip-trace to locate HCF or its agent. As described in the attached Declaration of Mikel L. Clark, all such efforts have been unsuccessful.

California Corporations Code section 1702(a) provides, in pertinent part:

> If an agent for the purpose of service of process....cannot with reasonable diligence be found at the address designated for personally delivering the process....and it is shown by affidavit to the satisfaction of the court that process against a domestic corporation cannot be served with reasonable diligence upon the designated agent...or upon the corporation...the court may make an order that the service be made on the corporation by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office....Service in this manner is deemed complete on the 10th day after delivery of the process to the Secretary of State.

Based on the foregoing, Plaintiff respectfully requests that the Court order that Plaintiff may serve HCF through the California Secretary of State.

Date: June 1, 2009

Atkins & Davidson

/s/ Todd C. Atkins

Todd C. Atkins
Attorney for Plaintiff

```
LINCOLN B. QUINTANA         (SBN 157291)
QUINTANA McCONNIN & SARTE LLP
450 "B" STREET, STE. 1430
San Diego, CA. 92101
(619) 231-6655


Attorneys for Plaintiff,
```

UNITED STATES COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRO PELAYO<br><br>     Plaintiff,<br><br>vs<br><br>HOME CAPITAL FUNDING et al. and DOES 1 through 25, inclusive,<br><br>     Defendants. | CASE NO. 08 CV 2030 BEN POR<br><br>DECLARATION OF MIKEL L. CLARK IN SUPPORT OF SERVICE BY PUBLICATION |

I, Mikel Clark, hereby declare the following:

1. That I am over the age of eighteen and not a party to the above entitled action. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would competently testify to the truth of the matters set forth herein. I am the Field Supervisor of Diversified Legal Services, Inc., the attorney service for the above law firm. Diversified Legal Services, Inc., a California Corporation is a Registered,

1 | Licensed and Bonded California process serving and filing agency
2 | in the State of California.
3 |     2. On or about 04-09-09 my offices received for purposes of
4 | serving legal process, the following documents in the above
5 | entitled action: Summons, Complaint, Notice of Case Assignment
6 | and related documents for service of process on defendant.
7 | Service was to be performed on defendant HOME CAPITAL FUNDING.
8 | The law office supplied an address 3131 Camino Del Rio North,
9 | STE. 310, San Diego, CA. 92108. We were unable to serve said
10 | defendant. See Exhibit "A". We also attempted service at 3111
11 | Camino Del Rio North, STE. 400 San Diego, CA. 92108. We were
12 | unable to serve said defendant see exhibit "A".
13 |     3. The law Offices of Quintana, McConnin & Sarte authorized
14 | Diversified Legal Services to perform a skip trace in order to
15 | locate and serve the defendant. In some cases the name is so
16 | common that an extensive search of all like or similar names in
17 | the State of California County of San Diego is not reasonable or
18 | cost effective. Further, under C.C.P. 415.50(e) the Court may not
19 | require that a search be conducted of public databases were
20 | access by a registered process server to residential addresses is
21 | prohibited by law or by published policy of the agency providing
22 | the database, including, but not limited to, voter registration
23 | rolls and records of the Department of Motor Vehicles.
24 | However, after due diligence and careful inquiry through the
25 | following public and private sources of information we were
26 | unable to locate defendant:

a. Tax assessor records checked In the County of San Diego for the registered agent Torrey Larsen, there are listings for more than one Torrey Larsen, without a middle initial no address could be confirmed. Date checked 05-05-09.

b. On 05-05-09 411-directory assistance was checked for the greater San Diego area. No current listing was found.

c. Internet search 05-07-09 revealed no current information. The information provided is the same as the above address and an address of 5155 Waring road, San Diego, CA. We attempted service at this address and found it was the business place of United Brokers Network, not affiliated with HOME CAPITAL FUNDING or TORREY LARSEN.

d. Defendant and plaintiff index file in Superior Court was checked on 05-07-09 for the County of San Diego. No current record found.

e. Fictitious Business Name Statements were checked in the County of San Diego. No current listing found on 05-11-09.

f. Telephone books for San Diego were checked on 05-12-09 no current listings were found.

g. California State Board of Realtor's was checked on 05-14-09. No record found.

        h. Postal forwarding requests to the United States Postal Service were mailed on 04-14-09 nothing has been returned as of this date.

        i. California Secretary of state was checked 05-08-09 no current information was found see exhibit "B".

4. That after due diligence and careful inquiry, I have been unable to locate an address at which to personally serve the defendant.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: 05-20-09          Signature: _____

                                    Mikel L. Clark

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>LINCOLN B. QUINTANA, ESQ.                                SBN: 157291<br>QUINTANA MCCONNIN & SARTE<br>450 B STREET SUITE 1430 SAN DIEGO, CA 92101<br>TELEPHONE NO.: (619) 231-6655    FAX NO.: (619) 243-0080<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 880 FRONT STREET - SUITE 4290
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: SOUTHERN DISTRICT

PLAINTIFF/PETITIONER: PELAYO

DEFENDANT/RESPONDENT: HOME CAPITAL FUNDING

**NON SERVICE REPORT**

CASE NUMBER:
08 CV 2030 BEN POR

---

I received the within process on April 9, 2009 and that after due and diligent effort I have not been able to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **HOME CAPITAL FUNDING**

As enumerated below:

**04/10/2009 --**                3131 CAMINO DEL RIO NORTH, SUITE 310
                                 SAN DIEGO, CA 92108
   BAD ADDRESS--SUITE 310 BELONGS TO SECURITY ONE.

**04/10/2009 --**                3111 CAMINO DEL RIO NORTH, SUITE 400
                                 SAN DIEGO, CA 92108
   BAD ADDRESS---BELONGS TO EXECUTIVE SUITES.


County: **SAN DIEGO**
Registration No.: **1463**
**DIVERSIFIED LEGAL SERVICES**
**P.O. BOX 3969**
**SAN DIEGO, CA 92163**
**(619) 260-8224**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 27, 2009** at **SAN DIEGO**, California.

Signature: _____
**BENJAMIN MARTINEZ, J.R.**

**NON SERVICE REPORT**

Order#: 153593/NonServe



**California Business Portal**
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAY 22, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| HOME CAPITAL FUNDING |||
| **Number:** C2212621 | **Date Filed:** 2/9/2000 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 3111 CAMINO DEL RIO NORTH SUITE 400 |||
| SAN DIEGO, CA 92108 |||
| Agent for Service of Process |||
| TORREY N/A LARSEN |||
| 3131 CAMINO DEL RIO NORTH SUITE 310 |||
| SAN DIEGO, CA 92108 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Exhibit "B"